IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**Jose Antonio Calzadilla**
*aka Jose Antonio Calzadilla Leiva*
*aka Jose A. Calzadilla*   and
**Digna M. Espinosa**
*aka Digna Maria Espinosa*

    **Debtor(s).**

CASE NO. 14-11318-RAM
CHAPTER 13

_____/

## MOTION TO COMPEL ADEQUATE PROTECTION PAYMENTS

    Comes now, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AQ2, ASSET BACKED-CERTIFICATES, SERIES 2005-AQ2 ("Movant"), its successors and/or assigns, moves to compel Debtor(s) to provide Movant with adequate protection payments as pursuant to Loss Mitigation Mediation Program ("LMM") Procedures and in support states:

    1.    On January 21, 2014, the Debtors, Jose Antonio Calzadilla and Digna M. Espinosa, filed for relief under Chapter 13 of the U.S. Bankruptcy Code.

    2.    The Debtor's First Amended   Chapter 13 Plan ("Plan") proposes LMM Payments to Movant in the amount of $486.96 for months 1 thru 8 and $1,310.56 for months 9 thru 60.

    3.    It appears that the Debtor's Plan is attempting to "offset" or "delay" payment of the full "good faith" adequate protection payments owed to the Claimant until the Debtors' attorney's fees are paid. Claimant objects to such a proposal as it is violates Section 1325(a)(5)(B)(iii)(I) of the Bankruptcy Code, and also appears to be lacking in good faith. *See In re Kirk*, 465 B.R. 300, 303 (Bankr.N.D.Ala. 2012) ("And in this case, delaying payments on the secured claim for eight months to allow the Debtors' attorney's fees to be first fully paid demonstrates a lack of bona fides and an absence of good faith.")

**WHEREFORE**, Movant respectfully requests that this Court enter an order compelling the Debtors to provide for adequate protection payments to Movant consistent with the LMM program.

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3485
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ Teresa M. Hair
Teresa M. Hair
Florida Bar No. 44079
ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AQ2, ASSET BACKED-CERTIFICATES, SERIES 2005-AQ2

B14000798

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that copies of the foregoing Motion have been furnished by either regular U.S. Mail or electronically to all parties listed this 21 day of April, 2014.

Jose Antonio Calzadilla
aka Jose Antonio Calzadilla Leiva
aka Jose A. Calzadilla
12910 SW 82 Street
Miami, FL 33183

Digna M. Espinosa
aka Digna Maria Espinosa
12910 SW 82 Street
Miami, FL 33183

Patrick L Cordero
PCBankruptcyMail@pcorderolaw.com

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

                                        Ronald R Wolfe & Associates, P.L.
                                        Post Office Box 25018
                                        Tampa, FL 33622-5018
                                        (813) 251-4766 Ext: 3485
                                        Fax: 813-251-1541
                                        Email: bkatt@wolfelawfl.com

                                        By: /s/ Teresa M. Hair
                                        Teresa M. Hair
                                        Florida Bar No. 44079
                                        ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AQ2, ASSET BACKED-CERTIFICATES, SERIES 2005-AQ2