IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Jose Antonio Calzadilla
aka Jose Antonio Calzadilla Leiva
aka Jose A. Calzadilla   and Digna M. Espinosa
aka Digna Maria Espinosa


      Debtor(s).
                                                      CASE NO. 14-11318-RAM
                                                      CHAPTER 13

_____/

RESPONSE TO DEBTORS' MOTION TO
MODIFY CHAPTER 13 PLAN AND LIMITED
OBJECTION TO THE DEBTORS' PROPOSED SECOND MODIFIED PLAN

COMES NOW, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AQ2, ASSET BACKED-CERTIFICATES, SERIES 2005-AQ2 ("Claimant"), a secured creditor in the above-styled cause, and files this, its Response to the Debtors' Motion to Modify Chapter 13 Plan (ECF No. 95) and Limited Objection to the Debtors' Proposed Second Modified Plan (ECF No. 110), stating the following as grounds:

1.      On January 21, 2014, Jose Antonio Calzadilla, aka Jose Antonio Calzadilla Leiva, aka Jose A. Calzadilla and Digna M. Espinosa aka Digna Maria Espinosa ("Debtors"), filed for relief under Chapter 13 of the U.S. Bankruptcy Code.

2.      Claimant is the holder of a claim that is secured by a mortgage that encumbers real property located at 12910 SW 82ND ST., MIAMI, FL 33183 ("Subject Property").

3. On April 23, 2014, the Debtors filed a Second Amended Chapter 13 Plan (ECF No. 63), in which the Debtors proposed, *inter alia*, to participate with Claimant in this Court's Loss Mitigation Mediation ("LMM") program, and proposed adequate protection payments to Claimant in the amount of $1,200.75 per month for Plan Months 1-60.

4. The Debtors' Second Amended Plan was confirmed by this Court on May 20, 2014 (ECF No. 75).

5. On March 21, 2014, the Debtors filed a Verified Motion for Referral to Loss Mitigation Mediation with Wells Fargo Bank, N.A. (ECF No. 36). An Order Granting Verified Motion for Referral to Loss Mitigation Mediation ("LMM") was entered on May 6, 2014, (ECF No. 66).

6. Claimant participated in LMM mediation with the Debtors. Pursuant to the Final Report of Loss Mitigation Mediator (ECF No. 94), dated March 2, 2015, an agreement was not reached.

7. On March 10, 2015, the Debtors filed a Motion to Modify Plan (ECF no. 95) and a Second Modified Plan (ECF No. 110) which proposes to pay 0.00 for months 1-14, $15,609.83 in month 15, $0.00 for months 16-36, and further proposes the Claimant "is outside the plan with consent to relief from stay".

8. Claimant objects to the Second Modified Plan as it proposes treatment that fails to comply with the Debtors' confirmed Second Amended Chapter 13 Plan and this Court's LMM/MMM procedures. Pursuant to the required LMM/MMM provisions in the Debtors' Confirmed Second Amended Chapter 13 Plan, if the Lender and Debtors fail to reach a settlement, then no later than 14 days after the Final Report is filed, the Debtors will amend or modify the plan to (a) conform to the Lender's Proof of Claim or (b) provide that the real property will be surrendered. It is hereby alleged that the Debtor's proposal of the "Second Modified Plan" is lacking in good faith as it fails to provide for either of the aforementioned treatments in circumvention of this Court's LMM/MMM procedures and the Order Confirming Plan.

**WHEREFORE**, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AQ2, ASSET BACKED-CERTIFICATES, SERIES 2005-AQ2 prays that the Court deny confirmation of the proposed Second Modified Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3139
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ SHAINA DRUKER
Shaina Druker
Florida Bar No. 0100213
ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AQ2, ASSET BACKED-CERTIFICATES, SERIES 2005-AQ2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Response and Limited Objection to Motion to Modify Plan Confirmed Plan has been furnished by Electronic Mail or by regular U. S. Mail to all parties listed below on this 04 day of June, 2015.

Jose Antonio Calzadilla
aka Jose Antonio Calzadilla Leiva
aka Jose A. Calzadilla
12910 SW 82 Street
Miami, FL 33183

Digna M. Espinosa
aka Digna Maria Espinosa
12910 SW 82 Street
Miami, FL 33183

Patrick L Cordero
PCBankruptcyMail@pcorderolaw.com
198 NW 37 Ave
Miami, FL 33125

Nancy K. Neidich, Trustee
www.ch13herkert.com
POB 279806
Miramar, FL 33027

                                        Ronald R Wolfe & Associates, P.L.
                                        P.O. Box 25018
                                        Tampa, Florida   33622-5018
                                        Phone   (813) 251-4766
                                        Fax   (813) 251-1541

                                        By:   /s/    SHAINA DRUKER
                                            SHAINA DRUKER
                                            FLORIDA BAR NO. 0100213
                                            ATTORNEY FOR U.S. BANK NATIONAL
                                            ASSOCIATION, AS TRUSTEE, SUCCESSOR IN
                                            INTEREST TO BANK OF AMERICA,
                                            NATIONAL ASSOCIATION, AS TRUSTEE,
                                            SUCCESSOR BY MERGER TO LASALLE
                                            BANK NATIONAL ASSOCIATION, AS
                                            TRUSTEE FOR BEAR STEARNS ASSET
                                            BACKED SECURITIES I TRUST 2005-AQ2,
                                            ASSET BACKED-CERTIFICATES, SERIES
                                            2005-AQ2