**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■    3rd    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Jose Antonio Calzadilla     JOINT DEBTOR:  Digna M. Espinosa   CASE NO: 14-11318-RAM
Last Four Digits of SS#    2547           Last Four Digits of SS#     2241

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of     36     months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $    199.13    for months    1    to    14   ;
    B.    $  17,921.58   for months   15    to         ;
    C.    $    400.96    for months   16    to    36   ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,500.00 + 2500 +1500 + 500(Mod) + 325Costs = $8,325.00
                   TOTAL PAID   - $ 1,000.00
                   Balance Due  - $ 7,325.00    payable $   116.57  /month (Months   1   to   14  )
                                                payable $   483.48  /month (Months   15  to       )
                                                payable $   325.60  /month (Months   16  to   31  )

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Select Portfolio Servicing, Inc.              MMM Program – DENIED 02/25/15
Address:  POB 65450                               Payment $      0.00 /month (Months   1   to   14  )
          Salt Lake City, UT 84165                Payment $ 15,609.83 /month (Months   15  to       )
Account No:   7087                                Payment $      0.00 /month (Months   16  to   36  )

2.       Winston Park                             HOA Regular Payment $  39.00 x 36 months = $1,404.00
Address:  14275 SW 142 Ave                        Payment $    48.26 /month (Months   1   to   14  )
          Miami, FL 33186                         Payment $    33.11 /month (Months   15  to   36  )
Account No:   1301-000344-CU

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Real Time Resolutions (2nd Mtg) Acct # xxxxx0090 | Homestead property located at 12910 SW 82 ST Miami, FL 33183 $220,000.00 | 0.00% | $0.00 | 1 To 36 | $0.00 |
| Winston Park (HOA) Acct # xxxxx0344 | Homestead property located at 12910 SW 82 ST Miami, FL 33183 $220,000.00 | 0.00% | $0.00 | 1 To 36 | $0.00 |

LF-31 (rev. 01/08/10)

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
                                       Payable  $_____/month  (Months_____ to _____)

Unsecured Creditors:   Pay $   0.00   /month (Months  1   to  15  ).
                                  Pay $   2.15   /month (Months  16  to  31  ).
                                  Pay $  327.75  /month (Months  32  to  36  ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Select Portfolio Servicing Inc. is being surrendered with consent to relief from stay. Real Time Resolutions (2nd Mtg) and Winston Park (HOA) are being stripped off through the Chapter 13 Plan. Santander Consumer USA (2006 Mazda) is being surrendered through the Chapter 13 Plan.

**The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years' income. The debtors will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors**

We declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____       _____/s_____
Debtor                                   Joint Debtor
Date:_____06/10/2015_____     Date:_____06/10/15_____