# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In Re:                                              PROCEEDINGS UNDER CHAPTER 13
                                                        CASE NO. 14-11318 BKC-RAM

Jose A. Calzadilla
SSN: xxx-xx-2547
Digna M. Espinosa
SSN: xxx-xx-2241

_____Debtor(s)._____/

## RENEWED MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

**COMES NOW**, the Debtors, Jose A. Calzadilla and Digna M. Espinosa, by and through the undersigned counsel and file this Motion to Modify Chapter 13 Plan and states as follows:

1. That this is a confirmed Ch.13 Case.

2. That the debtors were denied a Trial Period Plan (TPP) through the Mortgage Modification Mediation program by Select Portfolio Servicing, Inc.

3. That the debtors wish to modify the plan in order to remove the MMM payments to secured creditor Select Portfolio Servicing, Inc.

**WHEREFORE**, the Debtors, Jose A. Calzadilla and Digna M. Espinosa, respectfully request to this honorable Court that this Motion to Modify Chapter 13 Plan be GRANTED.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

   /s/ (FILED ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992